THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, 
 Respondent,
 
 
 

 v.
 
 
 
 Ronald Jacobs, Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-515
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General; and Solicitor Warren B. Giese, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Ronald
 Jacobs pled guilty to numerous drug offenses involving crack cocaine, unlawful
 carrying of a pistol, unlawful carrying of a pistol by a person convicted of a
 crime of violence, pointing and presenting a firearm, criminal domestic
 violence of a high and aggravated nature, and assault and battery of a high and
 aggravated nature.  Jacobs was sentenced to an aggregate of forty-two years
 imprisonment.  Pursuant to Anders v. California, 386 U.S. 738 (1967),
 appellants counsel attached a petition to be relieved.
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal and
 grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.